In the Matter of the Application of NATHAN WILLNER, Petitioner, for an Order Admitting Said Petitioner to Practice as an Attorney.— Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

## SECOND DEPARTMENT, DECEMBER, 1951.

## (December 3, 1951.)

ABRAHAM GOLDBERG et al., Appellants, v. NAT DAYNE et al., Respondents.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 614.]

In the Matter of the Accounting of JOHN J. KEYES, as Executor of THEODORE R. ADLER, Deceased. CHARLES RECHT, as Attorney in Fact for HERTA KRASTINS and Others, Appellants; FRANCES L. KEYES et al., Respondents.— Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [197 Misc. 104.]

In the Matter of PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Executor and Trustee of MABEL H. GREEN, Deceased, et al., Petitioners, against CHARLES S. COLDEN et al., as Justices of the Supreme Court of the State of New York, Tenth Judicial District, et al., Respondents.— Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *ante*, pp. 604, 666.]

In the Matter of the Application of HARRY R. WARREN, Formerly Known as HARRY R. WANSKER, Also Known as HARRY WANSKER, for Admission to Practice as an Attorney. (From the State of Florida — Also Admitted in Illinois.) — This court is not satisfied that the applicant possesses the character and general fitness requisite for an attorney and counselor at law, as required by paragraph b of subdivision 1 of section 90 of the Judiciary Law. Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ.

SAM LEVINE, Appellant, v. AARON DROZDOFF, Respondent.— Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.